UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

STEWART FRANCIS SURPRENANT                    Chapter 7
                                              Case No. 10-60709-TJT
                                              Hon. Thomas J. Tucker

                        Debtors.
_____/

**CERTIFICATE OF COMPLIANCE WITH 11 USC §521**
**REGARDING SERVICE ON TRUSTEE OF PAYMENT**
**ADVICES AND INCOME TAX RETURN**

**Pay Advices**

☐        Debtor provided the Trustee with payment advices or other evidence of payment of
         income from employment received within 60 days before the petition date.

**OR**

■        Debtor has had no income from employment during the 60 days before the petition
         date.

**Tax Return**

■        Debtor provided the Trustee with a copy of the Federal Income Tax Return required
         under applicable law (or a transcript of the return) for the most recent tax year
         ending immediately before the commencement of the case.

**OR**

☐        Debtor was not required to file a Federal Income Tax Return required under
         applicable law (or a transcript of the return) for the most recent tax year ending
         immediately before the commencement of the case.

                              Respectfully Submitted,

                              OSIPOV BIGELMAN, P.C.

Dated: July 29, 2010          /s/ Yuliy Osipov_____
                              YULIY OSIPOV (P59486)
                              20700 Civic Center Drive Suite 310
                              Southfield, Michigan 48076
                              Tel: (248) 663-1800/ Fax: (248) 663-1801
                              yo@osbig.com